**In the Interest of: J.J.E., Appellant,**

v.

**JUVENILE OFFICER, Respondent.**

**WD 78581**

Missouri Court of Appeals,
Western District.

ORDER FILED: December 29, 2015

Craig A. Johnston, Columbia, MO, for Appellant.

Lori Fluegel, Kansas City, MO, for Respondent.

Before Division Three: Joseph M. Ellis, Presiding Judge, Karen King Mitchell, Judge and Gary D. Witt, Judge.

## ORDER

Per curiam:

Appellant J.E., a juvenile, appeals from a judgment entered by the Family Division of the Circuit Court of Jackson County. The circuit court's judgment sustained the Juvenile Officer's allegations that J.E. committed acts which would constitute tampering in the first degree if committed by an adult. We affirm. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).